```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WARSHAW GROUP INC.,                                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :    23 Civ. 1916 (JPC)
              -v-                                                      :
                                                                       :           ORDER
MATERIALINK LLC,                                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 18, 2023, Plaintiff served Defendant with Summons and the Complaint, making Defendant's deadline to answer or otherwise respond April 10, 2023. Dkt. 8. That deadline has passed, and the docket does not reflect any response to the Complaint from the Defendant. Accordingly, Defendant's deadline to respond to the Complaint is adjourned to April 19, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 24, 2023.

SO ORDERED.

Dated: April 12, 2023
       New York, New York                                  _____
                                                           JOHN P. CRONAN
                                                           United States District Judge