```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WARSHAW GROUP INC.,                                                    :
                                                                       :
                         Plaintiff,                                    :
                                                                       :        23 Civ. 1916 (JPC)
         -v-                                                           :
                                                                       :            ORDER
MATERIALINK LLC,                                                       :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 24, 2023, the Court ordered Plaintiff to move for a default judgment against Defendant, scheduled a show cause hearing, and ordered Plaintiff to serve Defendant with a copy of that Order within one week and to file proof of service of that Order on the docket within two business days of service.  Dkt. 14.  Plaintiff did not file that proof of service.  Therefore, by June 22, 2023, Plaintiff shall file proof of such service or inform the Court that it failed to serve the April 24, 2023 Order on Defendant.

SO ORDERED.

Dated: June 21, 2023
       New York, New York
                                                    _____
                                                        JOHN P. CRONAN
                                                        United States District Judge