```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WARSHAW GROUP INC.,                                                    :
                                                                       :
                                Plaintiff,                             :
                                                                       :                23 Civ. 1916 (JPC)
        -v-                                                            :
                                                                       :                ORDER
MATERIALINK LLC,                                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed at the conference on June 27, 2023 at which Mr. James Smith, the president of Materialink LLC, appeared on behalf of Defendant, Defendant is reminded that "it is well-settled law" that corporate entities "may appear in the federal courts only through licensed counsel." *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006). By July 10, 2023, Plaintiff shall file a status letter as to whether Defendant has retained counsel and providing any updates concerning Defendant's sale to a third party. Plaintiff shall serve Defendant with a copy of this Order via email to Mr. Smith.

SO ORDERED.

Dated: June 27, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge