```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WARSHAW GROUP INC.,                                                    :
                                                                       :
                               Plaintiff,                              :
                                                                       :         23 Civ. 1916 (JPC)
               -v-                                                     :
                                                                       :              ORDER
MATERIALINK LLC,                                                       :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 27, 2023, the Court ordered Plaintiff to file a status letter as to whether Defendant has retained counsel and providing any updates concerning Defendant's sale to a third party by July 10, 2023. That deadline has passed, but the docket does not reflect any status letter. Accordingly, the deadline to submit the required status letter is adjourned to July 13, 2023. Continued failure to comply may result in sanctions.

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge