**LEECH TISHMAN ROBINSON BROG PLLC.**
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022

(212) 603-6300

FAX (212) 956-2164

Danny Ezraty, Esq.
(212) 603-6300
dezraty@leechtishman.com

August 14, 2023

*Via PACER*

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York

**Re: Warshaw Group Inc. v Materialink LLC, 1:23-cv-01916-JPC**

Your Honor:

We write with respect to the Court's Order dated July 12, 2023 (Dkt. 24) concerning the motion for default judgment filed by Plaintiff Warshaw Group Inc. ("Plaintiff") in the above-referenced matter.

The parties hereby request that the show-cause hearing on the motion for default, currently scheduled for August 15, 2023 at 11:30am, be adjourned to early September. The reason for said request is that the parties have worked out a framework for resolution of the issues herein, which calls for payment in full of the amount owed to Plaintiff by Defendant Materialink LLC ("Defendant") on or before September 1, 2023. Should the payments be made by Defendant as agreed, it will render the motion for default, as well as the underlying action, moot, and Plaintiff intends to discontinue same. However, if the agreed upon payments are not made, Plaintiff would then like to proceed with its motion for a default judgment. Therefore, Plaintiff requests an early September date for an adjourned hearing. At the present time, Plaintiff is available the entirety of the first two weeks of September, aside from September 7th and September 12th. Thank you for your consideration.

Very truly yours,

/s/Danny Ezraty
Danny Ezraty

The request is granted. The default judgment hearing currently scheduled for August 15, 2023, is adjourned to September 13, 2023, at 11:00 a.m. via telephone. At the scheduled time, the parties should call 866-434-5269, access code 9176261. Plaintiff shall file a status letter as to whether it intends to move forward with its motion for default judgment no later than September 8, 2023. Plaintiff shall serve Defendant with a copy of this order via email to Mr. Smith, and the Clerk of Court is respectfully directed to close Docket Number 27.

SO ORDERED.

August 14, 2023
New York, New York

JOHN P. CRONAN
United States District Judge