UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

WARSHAW GROUP INC.,                             :

                       Plaintiff,          :

                                         :             23 Civ. 1916 (JPC)
            -v-                          :

                                         :             <u>DEFAULT JUDGMENT</u>

MATERIALINK LLC,                              :

                    Defendant.        :
                                         :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This action having been commenced by Plaintiff Warshaw Group Inc. ("Plaintiff") on March 6, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, Materialink LLC ("Defendant"), on March 18, 2023 by personally delivering and leaving the same with James Smith, an agent authorized to receive service on behalf of Defendant, and proof of service having been filed on March 21, 2023, and Defendant having not answered the Complaint, and the time for answering the Complaint having expired, and the Court having found at a default judgment hearing held telephonically at 11:00 a.m. on September 13, 2023, that Defendant had notice of the filing of this case and of the default judgment hearing, and that the well-pleaded allegations of the Complaint sufficiently state a cause of action as to Count 1 (breach of contract), and the Court having dismissed with prejudice Count 2 (unjust enrichment); it is

       ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against Defendant in the amount of $166,704.48 with pre-judgment interest at 9% from March 24, 2022 amounting to $22,118.08, with post-judgment interest accruing thereon in accordance with 28 U.S.C. § 1961 from the date of this Judgment for which execution shall issue.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

                                                          JOHN P. CRONAN
                                          United States District Judge