UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
 :
WARSHAW GROUP INC.,                                      :
 :
                               Plaintiff,                  :
 :
                              -v-                            :         23 Civ. 1916 (JPC)
 :
MATERIALINK LLC,                               :               ORDER
 :
                             Defendant.              :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 20, 2025, the Court ordered Plaintiff to personally serve Defendant's principal, James Smith, with copies of the Orders at Docket Numbers 44, 50, and 56, no later than May 28, 2025, and to file proof of service on the docket within two days of such service. Dkt. 56. That deadline has passed, and the docket does not reflect any such proof of service. The Court accordingly *sua sponte* extends the impacted deadlines. If Plaintiff personally served Smith within the time prescribed by the Court in its May 20 Order, Plaintiff shall file proof of such service no later than June 4, 2025. Alternatively, if Plaintiff has not personally served Smith as ordered by the Court in its May 20 Order, (a) Plaintiff shall personally serve Smith with a copy of the instant Order, as well as the Orders at Docket Numbers 44, 50, and 56, no later than June 9, 2025, and shall file proof of service on the docket within two days of such service, and (b) Smith's deadline to show cause, as directed by the May 20 Order, shall be extended to June 16, 2025.

       SO ORDERED.

Dated: June 2, 2025
       New York, New York
                                                          JOHN P. CRONAN
                                                          United States District Judge